**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GLORIA BATTLES,

               Plaintiff,                   **ORDER**

          -against-

COSTCO WHOLESALE
CORPORATION                               **24-CV-3312 (JHR) (JW)**

               Defendant.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

Discovery in this case is now closed. The Parties are to file a joint status letter by **February 24, 2026** indicating whether either Party will be moving for summary judgment and proposing a briefing schedule if so.

SO ORDERED.

DATED:    New York, New York
             February 17, 2026

                                 _____
                                 JENNIFER E. WILLIS
                                 United States Magistrate Judge